# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. 1:21MJ9021-WHB-1 |
| | * | |
| | * | |
| CHRISTINE PRIOLA | * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

☑ That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today after consultation with counsel;

and

The proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐ Other:

_____

_____

Date: 1/14/2021

s/Jonathan D. Greenberg
_____
United States Magistrate Judge